IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMOS GREEN, Jr., | ) | CASE NO. CR407-121 |
| | ) | |
| Defendant. | ) | |
| | ) | |

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 33.) In the report, Magistrate Judge G.R. Smith recommends that Defendant Amos Green, Jr. be found competent to stand trial. At a competency hearing before the Magistrate Judge, conducted on October 28, 2008, neither Defendant nor the Government objected to the conclusions of the examining psychologist and psychiatrist that Defendant was competent to stand trial. After a careful review of the record, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the Opinion of the Court. Accordingly, the Court finds Defendant **COMPETENT** to stand trial.

SO ORDERED this 31st day of October, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA