U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
5:30 M
Nov 3  20 08
n Davis
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| AMOS GREEN, Jr., ) | CASE NO. CR407-121 |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court is Defendant Amos Green, Jr.'s "Motion in Limine to Exclude Evidence Regarding any Alleged Involvement by the Defendant in the 'Waters Posse Gang' or any Other Gang." (Doc. 37.) In this Motion, Defendant seeks to preclude the Government from introducing any evidence referencing Defendant's membership in the "Waters Posse Gang" or any other gang. The Government does not oppose Defendant's Motion and indicates that they do not intend to introduce such evidence. Accordingly, Defendant's Motion is **GRANTED**.

SO ORDERED this 3RD day of November, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA